PETER SCHLICHER, JR., INC., A CORPORATION OF THE STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. IVINS-RUTH REALTY CORPORATION, A CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANT-RESPONDENT.

Argued October 25, 1954—Decided October 25, 1954.

*Mr. John A. Hartpence* argued the cause for the appellant.

*Mr. Ivan C. Bash*, attorney for respondent.

Per Curiam. The appeal will be dismissed on the ground that it is not one within the jurisdiction of this court.

*For dismissal*—Chief Justice Vanderbilt, and Justices Heher, Oliphant, Wachenfeld, Burling, Jacobs and Brennan—7.

*Opposed*—None.